UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SARAH KOHNFELDER; RIVKAH BRAUN;
et al.,

                              Plaintiffs,        **AFFIDAVIT OF SERVICE**
       -against-                                     Civil Action No. 22-cv-1435

DELTA AIRLINES, INC., et al.,

                              Defendants.

---

STATE OF NEW YORK
COUNTY OF ALBANY      SS:

Gloria J. Parks, being duly sworn says: Deponent is over the age of eighteen, is not party to the action and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Demand for Jury Trial, Civil Cover Sheet, Complaint and Initial Conference Order. That the party which was served was **KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., by serving CORPORATION SERVICE COMPANY, on their behalf.**

That on the 22nd day of March, 2022, at approx. 1:00 p.m., at the office of Corporation Service Company, 80 State Street, 10th Floor, Albany, New York, one copy of the aforesaid papers was served by personally delivering to and leaving with a Legal Representative of Corporation Service Company known to me to be empowered to receive such service on behalf of Corporation Service Company.

Description of Legal Representative of Corporation Service Company is a white female, approx. 58 years of age, approx. 5'3" tall, approx. 110 pounds with grey hair and wears glasses.

                                                                      Gloria J. Parks

Sworn to before me
this 22nd day of March, 2022.

_____
JAMES T. CORSI
Notary Public, State of New York
Qualified in Albany County
No.01CO5033349
Commission Expires Sept. 18, 2022