UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

SARAH KOHNFELDER, et al.,

    Plaintiffs,

  v.

DELTA AIR LINES, INC. and KONINKLIJKE
LUCHTVAART MAATSCHAPPIJ, N.V. CORP.
D/B/A KLM ROYAL DUTCH AIRLINES,

    Defendants.

------------------------------------X

Case No.: 1:22-cv-01435-DG-PK

**DISCLOSURE BY DEFENDANT KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record for Defendant KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V. ("KLM") certify that Air France-KLM S.A. is the parent corporation of KLM and that no other publicly held corporation owns 10% or more stock of KLM.

Dated: New York, New York
   June 28, 2022

CONDON & FORSYTH LLP

By _____
Bartholomew J. Banino (BB 4164)
Marissa N. Lefland (ML 5375)
7 Times Square, 18th Floor
New York, New York 10036
(212) 490-9100

Attorneys for Defendant
*KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V.*